PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Javon Alston                             Cr.: 21-00194-001
                                                                                PACTS #: 7251361

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2022

Original Offense:   Possession of a Firearm by a Convicted Felon, in violation of 18 USC 922(g)(1), a Class C Felony.

Original Sentence: 22 months imprisonment, 36 months supervised release

Special Conditions: Forfeiture, Special Assessment, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Motor Vehicle Compliance, Support Dependents

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06/02/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Javon Alston has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.** |

On June 27, 2022, Mr. Alston tested positive for alcohol and PCP.

U.S. Probation Officer Action:

On June 27, 2022, contact was made with Mr. Alston at his residence and a urine specimen was secured in an instant drug testing cup which tested positive for alcohol and PCP. The IUS admitted to drinking alcohol over the weekend; however, denied smoking PCP. He stated his friend gave him a tobacco cigarette and perhaps there was PCP in the cigarette box, but he reported he did not intentionally smoke PCP.

Prob 12A – page 2<br>Javon Alston

With regard to the remaining conditions of supervision, Mr. Alston remains unemployed, but was referred for life skills, job placement, vocational training opportunities and other social services at New Jersey Re-Entry Center in Jersey City, New Jersey on June 6, 2022.

On June 24, 2022, Mr. Alston attended the intake assessment for mental health and substance abuse treatment at Trinitas Hospital. Following the assessment, the treatment provider recommended that he attend one mental health individual session per month. Since that recommendation, he tested positive for PCP and alcohol. As such, substance abuse groups and increased urinalysis testing will be added to the treatment plan.

At this time, we are respectfully recommending no further action be taken against Mr. Alston as we monitor his compliance with treatment services, abstaining from alcohol and illegal substances, along with the remaining conditions of supervision.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

By:   CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:

*Kevin M. Villa*          06/28/2022

KEVIN M. VILLA                                           Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

6/28/2022
Date