PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Javon Alston      Cr.: 21-00194-001
     PACTS #: 7251361

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2022

Original Offense:    Possession of a Firearm by a Convicted Felon, in violation of 18 USC 922(g)(1), a Class C Felony.

Original Sentence: 22 months imprisonment, 36 months supervised release

Special Conditions: Forfeiture, Special Assessment, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Motor Vehicle Compliance, Support Dependents

Type of Supervision: Supervised Release      Date Supervision Commenced: 06/02/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Alston violated the following special condition of supervised release: |

**"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

On July 8, 2022, Mr. Alston submitted a urinalysis and tested positive for alcohol.

U.S. Probation Officer Action:

On July 8, 2022, during a home contact visit, Mr. Alston submitted a urinalysis which tested positive for alcohol. Alston admitted to drinking alcohol the night before and signed an admission of drug use form. Mr. Alston was verbally reprimanded for the use of alcohol and consequences for the continued use were discussed. Pro-Social alternatives to life stressors were also discussed and explored. The U.S. Probation

Prob 12A – page 2
Javon Alston

Office will continue to monitor Mr. Alston with drug testing and will notify the court of any additional non-compliance. Mr. Alston has been referred for outpatient substance abuse and co-occurring mental health treatment at Trinitas Hospital in Elizabeth, New Jersey. We respectfully request no action be taken against Mr. Alston at this time and allow this notice to serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ DH

APPROVED:

*Elisa Martinez*                                      *07/22/22*
ELISA MARTINEZ                                        Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

7/25/2022
Date