PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Javon Alston     Cr.: 21-00194-001
    PACTS #: 7251361

Name of Sentencing Judicial Officer:     THE HONORABLE CLAIRE C. CECCHI
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2022

Original Offense:     Possession of a Firearm by a Convicted Felon, in violation of 18 USC 922(g)(1), a Class C Felony.

Original Sentence: 22 months imprisonment, 36 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, Consent to Search, Life Skills/Education, Motor Vehicle Compliance, Supporting Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 06/02/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     Alston violated the following special condition of supervised release:

    **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

    On August 17, 2022, Mr. Alston submitted a urinalysis and tested positive for alcohol.

U.S. Probation Officer Action:

Initially, Mr. Alston was attending treatment at Trinitas Hospital at the Elizabeth, New Jersey location; however, lack of transportation proved to be challenging; and a transfer to the Bayonne location was

Prob 12A – page 2
Javon Alston

initiated. On August 17, 2022, Alston completed a substance abuse treatment admissions intake at the Bayonne location.

This is Mr. Alston's third positive test for Alcohol, and he was verbally reprimanded for his continued use. The possible consequences including inpatient substance abuse treatment placement, residential reentry center placement, and the initiation of violation of supervised release proceedings were also thoroughly discussed. Mr. Alston was again tested on August 31st, 2022, by the undersigned officer during a home visit and tested negative for all drugs and alcohol. Pro-Social alternatives to life stressors were also explored and discussed during home visit. The U.S. Probation Office will continue to monitor Mr. Alston's sobriety and compliance with substance abuse treatment by random drug testing and continued collaboration with treatment provider, giving Mr. Alston the chance to continue engaging with the treatment program. The Court will be notified of any additional non-compliance. We respectfully request no action be taken against Mr. Alston at this time and allow this notice to serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Donovan K. Hammond*
DONOVAN K. HAMMOND
U.S. Probation Officer

/ DH

APPROVED:

*Elisa Martinez/lr*      *09/08/2022*
ELISA MARTINEZ     Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

9/9/2022
Date