PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Javon Alston          Cr.: 21-00194-001
                                                            PACTS #: 7251361

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2022

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon, in violation of 18 USC
                    922(g)(1), a Class C Felony

Original Sentence: 22 months imprisonment, 36 months supervised release

Special Conditions: Forfeiture, Special Assessment, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Consent to Search, Life Skills/Education, Motor Vehicle Compliance, Support Dependents

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/02/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   Alston violated the following special condition of supervised release:

                     **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

                     On September 22nd, 2022, Mr. Alston submitted to urinalysis at his outpatient treatment program and tested positive for alcohol.

U.S. Probation Officer Action:

On September 26th, 2022, the undersigned officer was notified by the treatment provider that Alston tested positive for alcohol on September 22nd, 2022. Mr. Alston was verbally reprimanded for the use of alcohol and consequences for the continued use were discussed. Since this positive test Alston has tested negative on three separate dates (10/6/22, 11/1/22, and 11/10/22). As a graduated sanction, the U.S. Probation Office will be enrolling Alston in a random testing program with a Sober Link Device. This program will contact

Prob 12A – page 2
Javon Alston

Alston randomly via text message requiring him to conduct an instant breathalyzer test. Alston's picture will be taken while providing breathalyzer sample for identification purposes. Alston will be enrolled in this program for a consecutive forty-five (45 days). Alston will continue his outpatient co-occurring treatment at Trinitas Hospital in Elizabeth, New Jersey.

The U.S. Probation Office will continue to monitor Mr. Alston with increased drug testing and will notify the court of any additional non-compliance. We respectfully request no action be taken against Mr. Alston at this time and allow this notice to serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez*               11/30/22

ELISA MARTINEZ                Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

12/14/2022
Date