PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Javon Alston     Cr.: 21-00194-001
   PACTS #: 7251361

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2022

Original Offense:    Count One: Possession of a Firearm by a Convicted Felon, in violation of 18 USC 922(g)(1), a Class C Felony

Original Sentence: 22 months imprisonment, 3 years supervised release

Special Conditions: Forfeiture, Special Assessment, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Consent to Search, Life Skills/Education, Motor Vehicle Compliance, Support Dependents

Type of Supervision: Supervised Release           Date Supervision Commenced: 06/02/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     Alston violated the following special condition of supervised release:

     "You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."

     On December 24 and 31, 2022, Mr. Alston submitted to a breathalyzer test and tested positive for alcohol.

Prob 12A – page 2
Javon Alston

U.S. Probation Officer Action:

On November 28, 2022, Mr. Alston was registered for the sober link device program and sanctioned for 45 days of random testing. Mr. Alston completed his 45-day sanction on January 12, 2023. During this 45-day period of the random testing program, Mr. Alston tested positive of alcohol on two occasions, December 24 and 31, 2022. On December 24, 2022, Mr. Alston had a blood alcohol content of 0.008 and on December 31, 2022, he had blood alcohol content of 0.025. Mr. Alston submitted a follow up re-take December 31, 2022 and had a blood alcohol content of 0.021. It should be noted Mr. Alston denies the use of any alcohol and informed the undersigned officer he had taken Nyquil on these dates because he was not feeling well. It has been determined that Nyquil medication can cause false positives for alcohol on drug tests. While participating in the sober link random testing program, Mr. Alston completed his outpatient substance abuse program at Trinitas Hospital in Elizabeth, New Jersey. The U.S. Probation Office will continue to monitor Mr. Alston with continued drug and alcohol testing and will notify the court of any additional non-compliance. We are respectfully requesting no Court action be taken but allow this notice to serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By: DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

PATRICK HATTERSLEY     1/27/23
Supervising U.S. Probation Officer    Date

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

1/30/2023
Date