PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Javon Alston         Cr.: 21-00194-001
                                                           PACTS #: 7251361

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2022

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 22 months imprisonment, 3 years supervised release

Special Conditions: Forfeiture, Special Assessment, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Consent to Search, Life Skills/Education, Motor Vehicle Compliance, Support Dependents

Type of Supervision: Supervised Release              Date Supervision Commenced: 06/02/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On February 19, 2023, Mr. Alston submitted a urinalysis which tested positive for phencyclidine. Mr. Alston denied used of any drugs and the urinalysis sample was sent to the national lab for confirmation. Urinalysis results were confirmed positive for phencyclidine. |

U.S. Probation Officer Action:
Mr. Alston was verbally reprimanded for his drug use and the consequences for continued illicit drug use were discussed. This is Mr. Alston's first time testing positive for any substance other than alcohol while on supervised release. Mr. Alston previously completed a term of outpatient substance abuse treatment and any future positive drug test will result in a referral for substance abuse treatment. The U.S. Probation Office will continue to monitor Alston's compliance by continuing with random testing. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Alston and allow this notice to serve as a written reprimand from the Court.

Prob 12A – page 2
Javon Alston

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Donovan K. Hammond*
DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____  3/24/23
PATRICK HATTERSLEY          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

3/29/2023
Date